# UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA
WILLIAM J. NEALON FEDERAL BLDG. & U.S. COURTHOUSE
235 N. WASHINGTON AVE., P.O. BOX 913
SCRANTON, PA 18501-0913
*Chambers_of_Judge_Thomas_I._Vanaskie@pamd.uscourts.gov.*

November 10, 2009

THOMAS I. VANASKIE      TEL. (570) 207-5720
   JUDGE     FAX. (570) 207-5729

Kenneth W. Pennington, Esq.
Sabatini Law Firm, LLC
216 N. Blakely Street
Dunmore, Pa. 18512


      Re: Kaminski  vs.  Revenue Reporting Services
         3:CV-09-2203

Dear Counsel:

    The above-referenced action has been assigned to me. In accordance with Rule 1 of the Federal Rules of Civil Procedure,  it is both my responsibility, as well as the obligation of counsel, to strive for the "just,  speedy, and inexpensive determination" of this case.

    Consistent with these goals, it is my intention to conduct a Case Management Conference within four (4) months of the filing of the complaint. At this conference, we will discuss any pending motions, settlement, deadlines for discovery and other pre-trial activities, as well as other pertinent matters. The order scheduling the conference will inform the parties in more detail of what is required in preparation for this conference. In the meantime, the parties are expected to comply with the mandatory disclosure requirements of Rule 26(a) of the Federal Rules of Civil Procedure.

    To ensure that the Case Management Conference is conducted in a timely manner, you are directed  to file  a written report within thirty (30) days as to whether service has been effected or a waiver of service obtained. The report will not be required if an affidavit of service has been filed within that time period.  In addition, you are advised to refrain from entering into agreements for extensions of time for filing an answer or other responsive pleading to the complaint without court approval.

The Court has implemented an "Electronic Case Filing (ECF)" system. This system enables counsel to file and docket pleadings, motions, briefs, etc. directly from their offices via the internet. Information on the Court's ECF system can be obtained at the Court's website, www.pamd.uscourts.gov. Counsel are directed to familiarize themselves with the Court's ECF system.

Please note that the preferred way of submitting correspondence to me is via e-mail to Chambers_of_Judge_Thomas_I._Vanaskie@pamd.uscourts.gov.

Any inquiries you have concerning this case and its progress should be directed to Joseph F. Gaughan, Courtroom Deputy, Federal Building, P.O. Box 913, Scranton, PA 18501, phone number (570) 207-5720.

                                                              s/ Thomas I. Vanaskie
                                                              Thomas I. Vanaskie
                                                              United States District Judge