**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| Ed Kaminski,<br>    Plaintiff<br><br>v.<br><br>Revenue Reporting Services,<br>    Defendant | Docket 3:09-cv-02203-TIV<br><br>(JUDGE THOMAS I. VANASKIE)<br><br><br><br>FILED ELECTRONICALLY |

<u>CERTIFICATE OF SERVICE</u>

I, Nicole Quinn, of the Sabatini Law Firm, certify that I am more than 18 years of age and that on November 18, 2009 I served a copy of the within Notice of Voluntary Dismissal and Order Terminating Case upon the following via facsimile (716) 972-0004 and by depositing the document in the United States Mail, First Class, postage prepaid, addressed to:

Revenue Reporting Services
21 Princeton Place
Orchard Park, NY 14127

                                                s/ Nicole Quinn
                                                Nicole Quinn, Paralegal
                                                Sabatini Law Firm
                                                Attorneys for Plaintiff
                                                142 N. Washington Ave., Ste. 800
                                                Scranton, PA 18503-2218
                                                Phone (570) 341-9000
                                                Facsimile (570) 504-2769
                                                Email: necf@bankruptcypa.com